(Official Form 1) (10/05) West Group, Rochester, NY

## United States Bankruptcy Court

**NORTHERN District of ILLINOIS**

| | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **Hengels, George C.** | **Hengels, Barbara Ann** |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| **NONE** | **fka Barbara Ann Strobel** <br> **fka Barbara Ann Peck** |

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **7313** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (if more than one, state all): **5375** |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): | Street Address of Joint Debtor (No. & Street, City, and State): |
|---|---|
| **430 W. Touhy Ave** <br> **Lot # 238** <br> **Des Plaines IL** ZIPCODE **60018** | **430 W. Touhy Ave** <br> **Lot # 238** <br> **Des Plaines IL** ZIPCODE **60018** |

| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: **Cook** |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| **SAME** ZIPCODE | **SAME** ZIPCODE |

Location of Principal Assets of Business Debtor
(If different from street address above): **NOT APPLICABLE** ZIPCODE

---

**Type of Debtor** (Form of organization)

(Check **one** box.)

- ☒ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and provide the information requested below.)

_State type of entity:_

_____

**Nature of Business**
(Check **all** applicable boxes.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 11 U.S.C. § 501(3)(c).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 13
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☒ Consumer/Non-Business
- ☐ Business

**Chapter 11 Debtors:**

**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- ☐ Filing fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

---

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05) West Group, Rochester, NY                                                                    FORM B1, Page  2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *George C. Hengels and Barbara Ann Hengels* |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** | | (If more than one, attach additional sheet) |
|---|---|---|
| Location Where Filed: *Northern Dist IL (Ch* | Case Number: *99B23149 (Wife)* | Date Filed: *7/26/99* |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | | (If more than one, attach additional sheet) |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. |
| ☐ Exhibit A is attached and made a part of this petition | I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy code. |
| | **X** */s/ Richard S. Bass*        *8/ 1/2006* |
| | Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety? | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition. |
| ☐ Yes, and exhibit C is attached and made a part of this petition. | ☐ I/we request a waiver of the requirement to obtain budget and credit counseling |
| ☒ No | prior to filing based on exigent circumstances. (Must attach certification describing) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue**    (Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principle assets in the United States in this District, or has no principle place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interest of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05) West Group, Rochester, NY                                    FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **George C. Hengels and** **Barbara Ann Hengels** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ George C. Hengels*
Signature of Debtor

**X** */s/ Barbara Ann Hengels*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

*8/ 1/2006*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documentation required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

*8/ 1/2006*
(Date)

### Signature of Attorney

**X** */s/ Richard S. Bass*
Signature of Attorney for Debtor(s)

**Richard S. Bass 6189009**
Printed Name of Attorney for Debtor(s)

**Law Office of Richard S. Bass**
Firm Name

**2021 Midwest Road**
Address

**Oak Brook IL   60521**

**630-953-8655**
Telephone Number

*8/ 1/2006*
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*8/ 1/2006*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C.§110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C §110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principle, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address _____

X _____

_____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; Required by 18 U.S.C. § 156.*

FORM B6A (10/05) West Group, Rochester, NY

In re _George C. Hengels and Barbara Ann Hengels_ _____ / Debtor    Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _Home Trailer_ | _Debtor residence Jt. Tenancy_ | _J_ | _$ 5,000.00_ | _$ 0.00_ |
| | | | | |

No continuation sheets attached

**TOTAL $**

**(Report also on Summary of Schedules.)**

_5,000.00_

In re _George C. Hengels and Barbara Ann Hengels_ _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.
Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1.  Cash on hand. | | _Cash_<br>_Location: In debtor's possession_ | J | | $ 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Checking: First Bank_<br>_Location: In debtor's possession_ | J | | $ 200.00 |
| | | _Checking: First Bank_<br>_Location: In debtor's possession_ | J | | $ 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | _Misc used personal items, books & pictures_<br>_Location: In debtor's possession_ | J | | $ 300.00 |
| 6.  Wearing apparel. | | _Misc used personal clothing_<br>_Location: In debtor's possession_ | J | | $ 800.00 |
| 7.  Furs and jewelry. | X | | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c); Rule 1007(b)). | X | | | | |

In re  **George C. Hengels and Barbara Ann Hengels**                    / Debtor        Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles. | | *1995 Dodge Intrepid* *Location: In debtor's possession* | J | $ 2,000.00 |
| | | *2000 Toyota Sienna* *Location: In debtor's possession* | J | $ 11,000.00 |
| 26. Boats, motors, and accessories. | X | | | |

In re **_George C. Hengels and Barbara Ann Hengels_** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** ➡ | $ 14,600.00 |

Page __3__ of __3__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

FORM B6D (10/05) West Group, Rochester, NY

In re _George C. Hengels and Barbara Ann Hengels_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above) | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: *6476*<br>*Creditor # : 1*<br>*Toyota Motor Credit*<br>*Attn Bankruptcy Dept*<br>*PO Box 5855*<br>*Carol Stream  IL 60197-5855* | W | *9/03*<br>*Arrears on auto payment*<br>*2000 Toyota Sienna  (ARREARS TO BE PAID INSIDE THE PLAN)*<br>*Acct: 004 6236476*<br>Value: *$ 11,000.00* | | | | *$ 875.00* | *$ 875.00* |
| Account No: *6476*<br>*Creditor # : 2*<br>*Toyota Motor Credit*<br>*Attn Bankruptcy Dept*<br>*PO Box 5855*<br>*Carol Stream  IL 60197-5855* | W | *9/03*<br>*Purchase Money Security*<br>*2000 Toyota Sienna    (Current Payment OUTSIDE The Plan)*<br>*Acct: 004 6236476*<br>Value: *$ 11,000.00* | | | | *$ 14,388.00* | *$ 3,388.00* |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

No continuation sheets attached

| | | |
|---|---|---|
| | Subtotal $<br>(Total of this page) | *15,263.00* |
| | Total $<br>(Use only on last page) | *15,263.00* |

FORM B6E (10/05) West Group, Rochester, NY

In re _George C. Hengels and Barbara Ann Hengels_____ / Debtor          Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

FORM B6F (10/05) West Group, Rochester, NY

In re _George C. Hengels and Barbara Ann Hengels_____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C. 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:   1513<br>_Creditor # : 1_<br>_Advents Neurology_<br>_C/O KLO (Dr. Sailaja Maramredd_<br>_777 Oakmont Lane #1600_<br>_Westmont  IA 60559_ | W | _2005_<br>_Medical Bills_ | | | | $ 15.00 |
| Account No:   0795<br>_Creditor # : 2_<br>_Advocate Lutheran General Hosp_<br>_Attn Patient Accts_<br>_PO Box 73208_<br>_Chicago IL 60673-7208_ | H | _2005-06_<br>_Medical Bills_ | | | | $ 50.00 |
| Account No:   0239<br>_Creditor # : 3_<br>_Alexian Bros Medical Ctr_<br>_Attn Patient Accts_<br>_800 Biesterfield_<br>_Elk Grove Villag IL 60007_ | H | _2005_<br>_Medical Bills_ | | | | $ 528.00 |
| Account No:   0773<br>_Creditor # : 4_<br>_Alexian Bros Medical Ctr_<br>_Attn Patient Accts_<br>_800 Biesterfield_<br>_Elk Grove Villag IL 60007_ | W | _2004-06_<br>_Medical Bills_ | | | | $ 278,222.00 |

_14_ continuation sheets attached

Subtotal $   278,815.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _George C. Hengels and Barbara Ann Hengels_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:   1022<br>Creditor # : 5<br>Alexian Bros Medical Ctr<br>Attn Patient Accts<br>800 Biesterfield<br>Elk Grove Villag IL 60007 | W | 2005<br>Medical Bills | | | | $ 50.00 |
| Account No:   0433<br>Creditor # : 6<br>Alexian Bros Medical Ctr<br>Attn Patient Accts<br>800 Biesterfield<br>Elk Grove Villag IL 60007 | W | 2006<br>Medical Bills | | | | $ 50.00 |
| Account No:   0317<br>Creditor # : 7<br>Alexian Bros Medical Ctr<br>Attn Patient Accts<br>22589 Network Place  Box 22589<br>Chicago IL 60673-1225 | H | 2005<br>Medical Bills | | | | $ 200.00 |
| Account No:   5642<br>Creditor # : 8<br>Alexian Bros Medical Ctr<br>Attn Patient Accts<br>800 Biesterfield<br>Elk Grove Villag IL 60007 | W | 2005<br>Medical Bills | | | | $ 2,489.00 |
| Account No:   9533<br>Creditor # : 9<br>Alliance One Receivables<br>Acct:  Target Natl Bank<br>PO Box 1963<br>Southgate MI 48195-0963 | H | 2006<br>Notice | | | | $ 0.00 |
| Account No:   4801<br>Creditor # : 10<br>Alliance One Receivables<br>Acct: World Financial New York<br>PO Box 1963<br>Southgate MI 48195-0963 | J | 2006<br>Notice | | | | $ 0.00 |

Sheet No.   1   of   14   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        2,789.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  George C. Hengels and Barbara Ann Hengels _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No:   1965 Creditor # : 11 Allied Interstate Acct: Quality Paperback Book PO Box 5023 New York NY 10163 | H | 2005 Collection | | | | | $ 125.00 |
| Account No:   2838 Creditor # : 12 American Recovery Systems Acct: Target Natl Bank 1699 Wall Street  #300 Mount Prospect IL 60056-5788 | W | 2006 Notice | | | | | $ 0.00 |
| Account No: Creditor # : 13 April Eeve Hocking DDS 1063 N. Northwest Hwy Park Ridge IL 60068 | J | 2005 Medical Bills | | | | | $ 1,310.00 |
| Account No:   4150 Creditor # : 14 Better Homes & Gardens 1716 Locust St Des Moines  IA 50309-3023 | W | 2005 Subscription-Memebership | | | | | $ 22.00 |
| Account No:   6204 Creditor # : 15 Biehl & Biehl Collection Acct: Daily Herald PO Box 66415 Chicago IL 60666-0415 | W | 2006 Notice | | | | | $ 0.00 |
| Account No:   0991 Creditor # : 16 Blatt Hasenmiller Leibsker et Acct: Capital One 125 S. Wacker Dr  #400 Chicago IL 60606-4440 | J | 2006 Collection Cook County Suit 06 M1 140991 | | | | | $ 4,000.00 |

Sheet No.   2  of   14 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)                     5,457.00

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _George C. Hengels and Barbara Ann Hengels_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Code btor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Con tin gent | Un liq uid ate d | Dis put ed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:    4911<br>Creditor # : 17<br>BMG Music<br>PO Box 91501<br>Indianapolis  IN 46291-0000 | W | 2006<br>Subscription-Memebership | | | | $ 29.00 |
| Account No:    4598<br>Creditor # : 18<br>Capital One<br>Attn Bankruptcy Dept<br>PO Box 30285<br>Salt Lake City UT 84130-0285 | J | 2000-06<br>Credit Account | | | | $ 2,750.00 |
| Account No:    2223<br>Creditor # : 19<br>Capital One<br>Attn Bankruptcy Dept<br>PO Box 85167<br>Richmond VA 23285-5167 | H | 2000-05<br>Credit Account | | | | $ 772.00 |
| Account No:    7526<br>Creditor # : 20<br>Central Credit Service<br>Acct: Wells Fargo<br>PO Box 189<br>St. Charles MO 63302 | H | 2006<br>Collection | | | | $ 543.00 |
| Account No:    7526<br>Creditor # : 21<br>Central Portfolio Control<br>Acct: Wlls Fargo-Northstar Cap<br>6640 Shady Oak Road  #300<br>Eden Prairie MN 55344-7710 | H | 2006<br>Collection | | | | $ 0.00 |
| Account No:    8465<br>Creditor # : 22<br>Church Subscription Svc<br>PO Box 165<br>Congers NY 10920-7514 | W | 2005<br>Credit Account | | | | $ 33.00 |

Sheet No.   _3_  of   _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     4,127.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _George C. Hengels and Barbara Ann Hengels_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No: | J | 2003 | | | | | $ 320.00 |
| Creditor # : 23 City of Chicago Bureau Parking Attn Bankruptcy Dept PO Box 88292 Chicago IL 60680-1292 | | Parking Ticket | | | | | |
| Account No:   0910 | H | 2006 | | | | | $ 601.00 |
| Creditor # : 24 Collection Bureau of America Acct: DS Waters of Nth America 25954 Eden Landing  1st Flr Hayward CA 94551 | | Collection | | | | | |
| Account No:   1600 | H | 2006 | | | | | $ 709.00 |
| Creditor # : 25 Comcast Cable Attn Bankruptcy Dept PO Box 9037 Addison TX 75001-9037 | | Unsecured | | | | | |
| Account No:   1600 | H | 2006 | | | | | $ 0.00 |
| Creditor # : 26 Credit Protection Associates Acct: Comcast 13355 Noel Rd Dallas TX 75240 | | Notice to Collector | | | | | |
| Account No:   8879 | J | 2005 | | | | | $ 28.00 |
| Creditor # : 27 Crossing Book Clob Attn Bankruptcy Dept PO Box 6307 Indianapolis  IN 46206-6307 | | Subscription-Memebership | | | | | |
| Account No:   0028 | J | 2004 | | | | | $ 41.00 |
| Creditor # : 28 David Carlson DDS 610 E. Roosevelt Rd  #101 Wheaton  IL 60187 | | Mediw | | | | | |

Sheet No.   _4_  of  _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      1,699.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re George C. Hengels and Barbara Ann Hengels                / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:   7211<br>Creditor # : 29<br>Davidsmeyer Business Svc<br>Acct: Ridge School<br>2513 E. Higgins Rd<br>Elk Grove Villag IL 60007 | J | 2005<br>Unsecured | | | | $ 34.00 |
| Account No:   6017<br>Creditor # : 30<br>Dr. Jeffrey Pomeranz<br>PO Box 3597<br>Springfield IL 62708-3597 | H | 2005<br>Medical Bills | | | | $ 478.00 |
| Account No:   6017<br>Creditor # : 31<br>Dr. Jeffrey Pomeranz<br>PO Box 3597<br>Springfield IL 62708-3597 | H | 2005<br>Medical Bills | | | | $ 355.00 |
| Account No:   0991<br>Creditor # : 32<br>Elk Grove Lab Physicians<br>Dept 77-9154<br>Chicago IL 60678-0000 | W | 2004<br>Medical Bills | | | | $ 50.00 |
| Account No:   5478<br>Creditor # : 33<br>Emery Medical Center<br>Dr. Shahid Sarwar<br>PO Box 807<br>Mount Prospect IL 60056 | W | 2006<br>Medical Bills | | | | $ 45.00 |
| Account No:   5072<br>Creditor # : 34<br>Emery Medical Center<br>Dr. Shahid Sarwar<br>PO Box 807<br>Mount Prospect IL 60056 | J | 2005<br>Medical Bills | | | | $ 30.00 |

Sheet No.   5  of   14 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            992.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re George C. Hengels and Barbara Ann Hengels _____ / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No: 5530<br>Creditor # : 35<br>Emery Medical Center<br>Dr. Shahid Sarwar<br>PO Box 807<br>Mount Prospect IL 60056 | J | | 2006<br>Medical Bills | | | | $ 15.00 |
| Account No: 0596<br>Creditor # : 36<br>FMS Inc<br>Acct: Wells Fargo<br>PO Box 4115<br>Concord CA 94524 | H | | 2006<br>Notice to Collector | | | | $ 0.00 |
| Account No: 4613<br>Creditor # : 37<br>GC Services Collections<br>Acct: Telecheck<br>6330 Gulfton  #400<br>Houston TX 77081 | H | | 2006<br>Notice to Collector | | | | $ 0.00 |
| Account No:<br>Creditor # : 38<br>Girl Scout Ill Crossroad Counc<br>Attn: Product Management<br>650 N. Lakeview Pkwy<br>Vernon Hills IL 60061-8116 | W | | 2006<br>Unsecured | | | | $ 2,000.00 |
| Account No: 3831<br>Creditor # : 39<br>Girl Scouts Hornest Nest Counc<br>Attn: Accounting<br>7001 Idlewild Road<br>Charlotte NC 28212 | W | | 2005<br>NSF Check | | | | $ 60.00 |
| Account No: 2525<br>Creditor # : 40<br>Hinckley Springs Water<br>PO Box 530578<br>Atlanta  GA 30353-0578 | H | | 2005<br>Unsecured | | | | $ 331.00 |

Sheet No. 6 of 14 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)      2,406.00

Total $ (Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  _George C. Hengels and Barbara Ann Hengels_____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:  4913 | H | 2006 | | | | $ 420.00 |
| Creditor # : 41 Illinois Collection Svc Acct:DuPage Family Medicine PO Box 646 Oak Lawn IL 60454-0646 | | Collection | | | | |
| Account No:  2113 | H | 2005 | | | | $ 198.00 |
| Creditor # : 42 Illinois Collection Svc Acct: Alexian Bros Med Ctr PO Box 646 Oak Lawn IL 60454-0646 | | Collection | | | | |
| Account No:  2113 | H | 2004 | | | | $ 98.00 |
| Creditor # : 43 Illinois Collection Svc Acct: Alexian Bros Med Ctr PO Box 646 Oak Lawn IL 60454-0646 | | Collection | | | | |
| Account No:  0671 | J | 2005 | | | | $ 150.00 |
| Creditor # : 44 Illinois Collection Svc Acct: Alexian Bros PO Box 646 Oak Lawn IL 60454-0646 | | Collection | | | | |
| Account No:  0671 | H | 2004 | | | | $ 200.00 |
| Creditor # : 45 Illinois Collection Svc Acct: Alexian Bros Med Ctr PO Box 646 Oak Lawn IL 60454-0646 | | Collection | | | | |
| Account No:  8954 | W | 2006 | | | | $ 50.00 |
| Creditor # : 46 Illinois Collection Svc Acct: Alexian Bros Med Ctr PO Box 646 Oak Lawn IL 60454-0646 | | Collection | | | | |

Sheet No.  7  of  14  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    1,116.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _George C. Hengels and Barbara Ann Hengels_____ / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No: **0671** <br> **Creditor # : 47** <br> **Illinois Collection Svc** <br> **Acct: Alexian Bros Med ctr** <br> **PO Box 646** <br> **Oak Lawn IL 60454-0646** | J | **2004** <br> **Collection** | | | | **$ 200.00** |
| Account No: **3106** <br> **Creditor # : 48** <br> **Illinois Collection Svc** <br> **Acct: Alexian Bros Med Ctr** <br> **PO Box 646** <br> **Oak Lawn IL 60454-0646** | W | **2005** <br> **Collection** | | | | **$ 353.00** |
| Account No: **4913** <br> **Creditor # : 49** <br> **Illinois Collection Svc** <br> **Acct: DuPage Family Medical** <br> **PO Box 646** <br> **Oak Lawn IL 60454-0646** | J | **2004** <br> **Collection** | | | | **$ 420.00** |
| Account No: **9154** <br> **Creditor # : 50** <br> **Illinois Collection Svc** <br> **Acct: AlexianBros Med Ctr** <br> **PO Box 646** <br> **Oak Lawn IL 60454-0646** | W | **2005** <br> **Medical Bills** | | | | **$ 50.00** |
| Account No: **5375** <br> **Creditor # : 51** <br> **Infectious Disease Assoc** <br> **PO Box 309** <br> **Itasca IL 60143** | W | **2005** <br> **Medical Bills** | | | | **$ 16.00** |
| Account No: **9291** <br> **Creditor # : 52** <br> **IPC of Illinois** <br> **Acct: Alexian Bros Med Ctr** <br> **PO Box 92934** <br> **Los Angeles CA 90009** | W | **2004-05** <br> **Notice** | | | | **$ 0.00** |

Sheet No. **8** of **14** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   **1,039.00**
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re George C. Hengels and Barbara Ann Hengels_____ / Debtor      Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:   7523<br>Creditor # : 53<br>JNR Adjustment<br>Acct:  WM Stores<br>2905 Northwest Blvd  #220<br>Minneapolis MN 55441-2644 | H | 2005<br>Collection | | | | $ 166.00 |
| Account No:<br>Creditor # : 54<br>Law Office Arnold Scott Harris<br>Acct: Chicago Dept Revenue<br>PO Box 5625<br>Chicago IL 60680-5625 | J | 2003<br>Notice to Collector<br>Parking Tickets | | | | $ 0.00 |
| Account No:   9915<br>Creditor # : 55<br>Law Office Michael Margelefsky<br>Acct: World Financial<br>709 Madison Ave    #302<br>Toledo OH 43604-1624 | W | 2006<br>Collection | | | | $ 612.00 |
| Account No:   4034<br>Creditor # : 56<br>Literary Guild<br>PO Box 6404<br>Camp Hill PA 17012-6404 | W | 2006<br>Collection | | | | $ 108.00 |
| Account No:   0225<br>Creditor # : 57<br>Loyola Univ Phyisician Fdn<br>Attn: Patient Accts<br>PO Box 98418<br>Chicago IL 60693-8418 | W | 2005<br>Medical Bills | | | | $ 375.00 |
| Account No:   ious<br>Creditor # : 58<br>MEA Medical Care Ctr<br>PO Box 3594  Dept 4043<br>Oak Brook IL 60522 | J | 2005-06<br>Medical Bills | | | | $ 297.00 |

Sheet No.   9  of   14  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      1,558.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _George C. Hengels and Barbara Ann Hengels_____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:    0795<br>Creditor # : 59<br>Medical Recovery Specialist<br>Acct: Lutheran General<br>2200 E. Devon   #288<br>Des Plaines IL 60018-4519 | H | 2006<br>Collection | | | | $ 50.00 |
| Account No:    0159<br>Creditor # : 60<br>Medical Recovery Specialist<br>Acct: Lutheran General Hosp<br>2250 E. Devon   #352<br>Des Plaines IL 60018-00 | H | 2005<br>Collection | | | | $ 50.00 |
| Account No:    3327<br>Creditor # : 61<br>NCC Business Services<br>Acct: Washington Mutual-Provid<br>3733 University Blvd West #300<br>Jacksonville FL 32217 | H | 2006<br>Collection | | | | $ 1,609.00 |
| Account No:    9291<br>Creditor # : 62<br>NCO Collections<br>Acct: IPC Hospitalists<br>PO Box 15618   Dept  38<br>Wilmington DE 19850 | W | 2006<br>Collection | | | | $ 4,575.00 |
| Account No:    4727<br>Creditor # : 63<br>North Shore Agency<br>Acct: Ben Franklin Alamanac<br>751 Summa Ave<br>Westbury NY 11590 | W | 2006<br>Collection | | | | $ 44.00 |
| Account No:    4034<br>Creditor # : 64<br>North Shore Agency<br>Acct: Literary Guild<br>751 Summa Ave<br>Westbury NY 11590 | W | 2006<br>Collection | | | | $ 0.00 |

Sheet No.   10   of    14  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          6,328.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _George C. Hengels and Barbara Ann Hengels_ _____ / Debtor   Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:  6770<br>Creditor # : 65<br>OSI Collections<br>Acct: Capital One<br>PO Box 550720<br>Jacksonville FL 32255-0720 | J | 2005<br>Collection | | | | $ 3,317.00 |
| Account No:  4805<br>Creditor # : 66<br>Our Sunday Visitor Periodical<br>200 Noll Plaza<br>Huntingten IN 46750 | W | 2005<br>Subscription-Memebership | | | | $ 21.00 |
| Account No:  1875<br>Creditor # : 67<br>Paddock Publications<br>PO Box 6236<br>Carol Stream  IL 60197-6236 | J | 2006<br>Subscription-Memebership | | | | $ 20.00 |
| Account No:  0034<br>Creditor # : 68<br>Pellettieri & Associates<br>Acct: Alexian Bros Med Ctr<br>991 Oak Creek Dr<br>Lombard IL 60148 | W | 2006<br>Collection | | | | $ 255.00 |
| Account No:  3398<br>Creditor # : 69<br>Pellettieri & Associates<br>Acct: Alexian Bros Med Ctr<br>991 Oak Creek Dr<br>Lombard IL 60148 | H | 2006<br>Collection | | | | $ 150.00 |
| Account No:  0740<br>Creditor # : 70<br>Pentagroup Financial<br>Acct: CACH Providian Bank<br>5959 Corporate Dr  #1400<br>Houston TX 77036 | H | 2005<br>Collection | | | | $ 1,626.00 |

Sheet No.  11  of  14  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     5,389.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  _George C. Hengels and Barbara Ann Hengels_ _____ / Debtor       Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:    *1854*<br>*Creditor # : 71*<br>*Providian Bank*<br>*Attn: Bankruptcy Dept*<br>*PO Box 99604*<br>*Arlingten  TX 76096-9604* | H | *2000-06*<br>*Credit Account* | | | | *$ 1,100.00* |
| Account No:    *3928*<br>*Creditor # : 72*<br>*Publisher Clearinghouse*<br>*Attn Collection Dept*<br>*PO Box 11693*<br>*Des Moines  IA 50340-1693* | W | *2005*<br>*Subscription-Memebership* | | | | *$ 33.00* |
| Account No:    *8125*<br>*Creditor # : 73*<br>*Regional Adjustment Bureau*<br>*Acct: Capital One*<br>*7000 Goodlett Farms Pkwy*<br>*Memphis  TN 38016-4916* | H | *2006*<br>*Notice to Collector* | | | | *$ 0.00* |
| Account No:    *3011*<br>*Creditor # : 74*<br>*Retreival Masters Creditors*<br>*Acct: Nth American Hunting Clu*<br>*2269 Saw Mill River Rd Bldg 3*<br>*Elmsford NY 10523* | H | *2005*<br>*Subscription-Memebership* | | | | *$ 24.00* |
| Account No:    *0317*<br>*Creditor # : 75*<br>*Revenue Cycle Solution RCS*<br>*Acct: Alexian Bros Med Ctr*<br>*Lock Box 22589*<br>*Chicago IL 60673-1225* | H | *2006*<br>*Collection* | | | | *$ 0.00* |
| Account No:    *7495*<br>*Creditor # : 76*<br>*Risk Managaement Alternative*<br>*Acct: Capital One*<br>*7324 S.W. Feeway  #1200*<br>*Houston TX 77074* | H | *2006*<br>*Notice to Collector* | | | | *$ 0.00* |

Sheet No.   *12*  of   *14*  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      *1,157.00*
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _George C. Hengels and Barbara Ann Hengels_____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No:   0121 Creditor # : 77 Roth & Zucker MD 246 E. Janata Blvd Suite 130 Lombard IL 60148 | W | | 2005 Mediq | | | | $ 16.00 |
| Account No: Creditor # : 78 SBC Long Disatnce PO Box 600670 Jacksonville FL 32260-0670 | J | | | | | | $ 0.00 |
| Account No: Creditor # : 79 Sojourners Subscription Svc PO Box 2056 Marion OH 43306-0 | W | | 2005 Subscription-Memebership | | | | $ 29.00 |
| Account No:   7902 Creditor # : 80 St. Anthony Messnger Press 28 W. Liberty St Cincinnati OH 45202-6498 | W | | 2005 Subscription-Memebership | | | | $ 25.00 |
| Account No:   ious Creditor # : 81 Suburban Lung Associates PO Box 6971 Lincolnn NE 68506-0971 | J | | 2005-06 Medical Bills | | | | $ 463.00 |
| Account No:   8228 Creditor # : 82 Target National Bank Attn Bankruptcy Dept PO Box 59231 Minneapolis MN 55459-0231 | H | | 2000-06 Credit Account | | | | $ 400.00 |

Sheet No.   _13_ of   _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   933.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  *George C. Hengels and Barbara Ann Hengels*                    / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:   0598<br>*Creditor # : 83*<br>*Target National Bank*<br>*Attn Bankruptcy Dept*<br>*PO Box 59231*<br>*Minneapolis MN 55459-0231* | W | *2000-06*<br>*Credit Account* | | | | *$ 300.00* |
| Account No:   4613<br>*Creditor # : 84*<br>*TRS Recovery Svc*<br>*Acct:  Jewel Osco*<br>*PO Box 17170*<br>*Denver CO 80217-0170* | H | *2006*<br>*Collection* | | | | *$ 25.00* |
| Account No:   3850<br>*Creditor # : 85*<br>*United Recovery Systems*<br>*Acct: Capital One*<br>*PO Box 722929*<br>*Houston TX 77272-2929* | W | *2005*<br>*Collection* | | | | *$ 0.00* |
| Account No:   7526<br>*Creditor # : 86*<br>*Wells Fargo Financial*<br>*Attn Bankruptcy Dept*<br>*850 E. Diehl Rd  #160*<br>*Naperville IL 60563-4814* | H | *2005*<br>*Credit Account* | | | | *$ 562.00* |
| Account No:   7848<br>*Creditor # : 87*<br>*World Financial Natl Bank*<br>*Acct: New York Store*<br>*PO Box 182124*<br>*Columbus OH 43218-2124* | W | *2000-06*<br>*Credit Account* | | | | *$ 601.00* |
| Account No: | | | | | | |

Sheet No.  *14*  of   *14* continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $<br>(Total of this page) | *1,488.00* |
| Total $<br>(Report total also on Summary of Schedules) | *315,293.00* |

In re _George C. Hengels and Barbara Ann Hengels_____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "minor child" and do not disclose the child's name. See 11 U.S.C 112 Fed.R.Bankr.P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re _George C. Hengels and Barbara Ann Hengels_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California Idaho, Louisiana, Nevada, New Mexico, Puerto Rico Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C 112 ; Fed.Bankr.P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

FORM B6I (11/05) West Group, Rochester, NY

In re **George C. Hengels and Barbara Ann Hengels** _____ / Debtor    Case No. _____
(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | *daughter* | *10yr* |
| | *daughter* | *11yr* |
| | *daughter* | *1.5yr* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ *4,344.17* | $ *0.00* |
| 2. Estimated Monthly Overtime | $ *0.00* | $ *0.00* |
| 3. SUBTOTAL | $ *4,344.17* | $ *0.00* |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll Taxes and Social Security | $ *723.67* | $ *0.00* |
|   b. Insurance | $ *54.17* | $ *0.00* |
|   c. Union Dues | $ *91.00* | $ *0.00* |
|   d. Other (Specify): **401K Plan** | $ *238.33* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ *1,107.17* | $ *0.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ *3,237.00* | $ *0.00* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ *0.00* |
| 8. Income from Real Property | $ *0.00* | $ *0.00* |
| 9. Interest and dividends | $ *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *0.00* |
| 11. Social Security or other government assistance Specify: | | |
| 12. Pension or retirement income | $ *0.00* | $ *0.00* |
| 13. Other monthly income Specify: **Child support** | $ *0.00* | $ *1,067.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ *0.00* | $ *1,067.00* |
| 15. TOTAL MONTHLY INCOME   (Add amounts shown on lines 6 and 14) | $ *3,237.00* | $ *1,067.00* |
| 16. TOTAL COMBINED MONTHLY INCOME:    $ _____ *4,304.00* | (Report also on Summary of Schedules) | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re _George C. Hengels and Barbara Ann Hengels_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 545.00 |
|     a. Are real estate taxes included?  Yes ☐  No ☒ | |
|     b. Is property insurance included?  Yes ☐  No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ 150.00 |
|     b. Water and sewer | $ 50.00 |
|     c. Telephone | $ 60.00 |
|     d. Other  _Cell phone_ | $ 40.00 |
|     Other  _Internet & Cable_ | $ 50.00 |
|     Other | $ 0.00 |
| 3. Home maintenance (Repairs and upkeep) | $ 50.00 |
| 4. Food | $ 950.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 30.00 |
| 7. Medical and dental expenses | $ 40.00 |
| 8. Transportation (not including car payments) | $ 425.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 65.00 |
| 10. Charitable contributions | $ 40.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 0.00 |
|     b. Life | $ 0.00 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 139.00 |
|     e. Other | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify)  _Tolls_ | $ 30.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 388.00 |
|     b. Other: _Auto repair & upkeep_ | $ 60.00 |
|     c. Other: _School lunches_ | $ 86.00 |
|     d. Other: _Medical therapy&presciptions_ | $ 265.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: _Personal care items and groom_ | $ 40.00 |
|     Other: _Newspapers, subscription misc_ | $ 50.00 |
|     Other: _School expenses, books, fees_ | $ 40.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3,743.00 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
|     a. Total monthly income from Line 16 of Schedule I | $ 4,304.00 |
|     b. Total monthly expenses from Line 18 above | $ 3,743.00 |
|     c. Monthly net income (a. minus b.) | $ 561.00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *George C. Hengels and Barbara Ann Hengels*

Case No.

Chapter **13**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | **Yes** | **1** | $        **5,000.00** | | |
| B-Personal Property | **Yes** | **3** | $       **14,600.00** | | |
| C-Property Claimed as Exempt | **Yes** | **1** | | | |
| D-Creditors Holding Secured Claims | **Yes** | **1** | | $       **15,263.00** | |
| E-Creditors Holding Unsecured Priority Claims | **Yes** | **1** | | $           **0.00** | |
| F-Creditors Holding Unsecured Nonpriority Claims | **Yes** | **15** | | $      **315,293.00** | |
| G-Executory Contracts and Unexpired Leases | **Yes** | **1** | | | |
| H-Codebtors | **Yes** | **1** | | | |
| I-Current Income of Individual Debtor(s) | **Yes** | **1** | | | $        **4,304.00** |
| J-Current Expenditures of Individual Debtor(s) | **Yes** | **1** | | | $        **3,743.00** |
| TOTAL | | | $      **19,600.00** | $      **330,556.00** | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *George C. Hengels and Barbara Ann Hengels*                    Case No.

Chapter  *13*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C § 159)
### [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| TOTAL | $ *0.00* |

The foregoing information is for statistical purposes only under 28 U.S.C. § 159.

FORM B6 (10/05) West Group, Rochester, NY

In re _George C. Hengels and Barbara Ann Hengels_____ / Debtor    Case No. _____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___27___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _8/1/2006_____    Signature _/s/ George C. Hengels_____
                                              George C. Hengels

Date: _8/1/2006_____    Signature _/s/ Barbara Ann Hengels_____
                                              Barbara Ann Hengels