UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 09360
   GEORGE C HENGELS
   BARBARA ANN HENGELS                          CHAPTER 13

                                 JUDGE: SUSAN PIERSON SONDERBY
      Debtor
   SSN XXX-XX-7313    SSN XXX-XX-5375

--------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
   The case was filed on 08/02/2006 and was confirmed 09/28/2006.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  91.88% from remaining funds.

   The case was dismissed after confirmation 02/14/2008.
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TOYOTA MOTOR CREDIT | SECURED | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT | SECURED | 873.34 | .00 | 803.56 |
| ADVENTS NEUROLOGY | UNSECURED | NOT FILED | .00 | .00 |
| LUTHERAN GENERAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | 1741.76 | .00 | 104.61 |
| ALLIANCE ONE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN RECOVERY SYSTEM | NOTICE ONLY | NOT FILED | .00 | .00 |
| APRIL EVE HOCKING DDS | UNSECURED | NOT FILED | .00 | .00 |
| BETTER HOMES & GARDENS | UNSECURED | NOT FILED | .00 | .00 |
| BIEHL & BIEHL | NOTICE ONLY | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| RCA MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 3498.60 | .00 | 210.12 |
| CAPITAL ONE BANK | UNSECURED OTH | 1033.72 | .00 | 51.69 |
| CENTRAL CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL PORTOLIO CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| CHURCH SUBSCRIPTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 380.00 | .00 | 19.00 |
| CBA COLLECTION BUREAU OF | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CROSSING BOOK CLUB | UNSECURED | NOT FILED | .00 | .00 |
| DAVID CARLSON DDS | UNSECURED | NOT FILED | .00 | .00 |
| DAVIDSMEYER BUSINESS SVC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFREY POMERANZ MD | UNSECURED | NOT FILED | .00 | .00 |
| JEFFREY POMERANZ MD | UNSECURED | NOT FILED | .00 | .00 |
| ELK GROVE LAB PHYSICIANS | UNSECURED | NOT FILED | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| SHAHID SARWAR MD | UNSECURED | 45.00 | .00 | 2.25 |
| SHAHID SARWAR MD | UNSECURED | NOT FILED | .00 | .00 |
| SHAHID SARWAR MD | UNSECURED | NOT FILED | .00 | .00 |
| FMS INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| GC SERVICES LP COLLECTIO | NOTICE ONLY | NOT FILED | .00 | .00 |
| GIRL SCOUT IL CROSSROAD | UNSECURED | NOT FILED | .00 | .00 |
| GIRL SCOUTS HORNEST NEST | UNSECURED | NOT FILED | .00 | .00 |
| HINKLEY SPRINGS | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| INFECTIOUS DISEASE ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| IPC OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| JHR ADJUSTMENT CO | UNSECURED | NOT FILED | .00 | .00 |
| ARNOLD SCOTT HARRIS | NOTICE ONLY | NOT FILED | .00 | .00 |
| MICHAEL P MARGELEFSKY | UNSECURED | NOT FILED | .00 | .00 |
| LITERARY GUILD | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| MEA MEDICAL CARE CENTER | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL RECOVERY SPECIAL | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NCC BUSINESS SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| NCO COLLECTIONS | NOTICE ONLY | NOT FILED | .00 | .00 |
| PUBLISHERS CLEARING HOUS | UNSECURED | NOT FILED | .00 | .00 |
| PUBLISHERS CLEARING HOUS | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| OUR SUNDAY VISITOR PERIO | UNSECURED | NOT FILED | .00 | .00 |
| PADDOCK PUBLICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PENTAGROUP FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1625.67 | .00 | 97.63 |
| PUBLISHERS CLEARING HOUS | UNSECURED | NOT FILED | .00 | .00 |
| REGIONAL ADJUSTMENT BURE | NOTICE ONLY | NOT FILED | .00 | .00 |
| RETRIEVAL MASTERS CRED B | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS | UNSECURED | NOT FILED | .00 | .00 |
| RISK MGMT ALT | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROTH & ZUCKER MD | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| SOJOURNERS SUBSCRIPTION | UNSECURED | NOT FILED | .00 | .00 |
| ST ANTHONY MESSENGER PRE | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN LUNG ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |

```
ROUNDUP FUNDING LLC          UNSECURED       360.93            .00        18.05
ROUNDUP FUNDING LLC          UNSECURED       398.46            .00        19.92
TRS RECOVERY SERVICES IN     UNSECURED     NOT FILED           .00          .00
UNITED RECOVERY              UNSECURED     NOT FILED           .00          .00
WELLS FARGO FINANCIAL        UNSECURED     NOT FILED           .00          .00
WORLD FINANCIAL NETWORK      UNSECURED       611.57            .00        30.58
ALEXIAN BROTHERS MEDICAL     UNSECURED     NOT FILED           .00          .00
CAPITAL ONE                  UNSECURED      4139.19            .00       248.60
JEFFERSON CAPITAL SYSTEM     UNSECURED      3098.65            .00       186.10
RICHARD S BASS               DEBTOR ATTY   2,474.00                     2,474.00
TOM VAUGHN                   TRUSTEE                                       253.89
DEBTOR REFUND                REFUND                                          .00
```

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

TRUSTEE                     4,520.00

PRIORITY                                              .00
SECURED                                            803.56
UNSECURED                                          988.55
ADMINISTRATIVE                                   2,474.00
TRUSTEE COMPENSATION                               253.89
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                      4,520.00            4,520.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 05/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE